IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | No. 9:10-CR-23 |
| | § | |
| WILLIAM THOMAS DYKES | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding defendant's competency for trial.

Having conducted an independent review, the court concludes that the defendant is competent to stand trial because he is able to understand the nature and consequences of the proceeding against him, and able to assist his attorney in his defense. It is therefore

**ORDERED** the report and recommendation of the United States magistrate judge on defendant's competency to stand trial is **ADOPTED**. It is further

**ORDERED** that defendant is competent to stand trial.

So **ORDERED** and **SIGNED** this **27** day of **May, 2011.**

_____
Ron Clark, United States District Judge